UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER AUTOMOTIVE OF CA, LLC, a California limited liability company; and DOES 1–10,<br><br>Defendants. | Case No.: 14-CV-2653 JLS (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)**<br><br>(ECF No. 99) |

Presently before the Court is Plaintiff Scott Schutza and Defendant Premier Automotive of CA, LLC's Joint Motion for Dismissal Pursuant to F.R.Civ.P. 41(a)(1) ("Joint Mot.," ECF No. 99). The Parties note that "the matter has been resolved to the satisfaction of all parties." *Id.* at 2. Good cause appearing, the Court **GRANTS** the Joint Motion. As agreed by the Parties, this action is **DISMISSED WITH PREJUDICE** as to all Parties, with each Party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 30, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge